# EXHIBIT 2

# LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

**U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16**

Lone Star Document Management LLC ("Lone Star") provides evidence of infringement of claim 16 of U.S. Patent No. 6,918,082 (hereinafter "the '082 patent") by Feith Systems & Software, Inc. ("Feith"). In support thereof, Lone Star provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least Feith systems and methods, including one or more hardware and software products for document and content management and related services, which by way of example include but are not limited to the Feith Document Database (FDD) Client document management solution. (*see, e.g.*, FDD Client 9.2 User Guide, https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf) (Exhibit 4) (the "Accused Instrumentalities").

These claim charts demonstrate Feith's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Feith has not yet provided any non-public information. An analysis of Feith's (or other third parties') technical documentation and/or software source code may assist in fully identifying all infringing features and functionality. Accordingly, Lone Star reserves the right to supplement this infringement analysis once such information is made available to Lone Star. Furthermore, Lone Star reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Lone Star provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. Lone Star reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Lone Star contends that Feith directly infringes the '082 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.

Unless otherwise noted, Lone Star believes and contends that each element of each claim asserted herein is literally met through Feith's provision of the Accused Instrumentalities. However, to the extent that Feith attempts to allege that any asserted claim element is not literally met, Lone Star believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Lone Star did not identify any substantial differences

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

**U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16**

between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, Lone Star asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim. Lone Star reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Feith. Lone Star also reserves the right to amend this infringement analysis by citing other claims of the '082 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. Lone Star further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

2 of 28

# LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

## U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| Claim #10 | Accused Instrumentalities |
|---|---|
| **A system for proofing electronic documents delivered over a network, comprising:** | **The Accused Instrumentalities comprise a system for proofing electronic documents delivered over a network.**<br><br>The Accused Instrumentalities include a system for proofing electronic documents delivered over a network.<br><br>In particular, the Accused Instrumentalities include "Feith Document Database (FDD) Client", which uses a system for proofing electronic documents delivered over a network.<br><br>Welcome to FDD<br><br>**Feith Document Database (FDD) Client** is the power client application for viewing and managin documents in the FDD system. Scan or import your pages into FDD and then index the pages int documents in a file cabinet, entering key information that identifies each document. Find docume on the key information or any word in the pages. Manage your documents, processing them thro Workflow iQ workflows, making notes, updating your Forms iQ forms, adding pages, and more.<br><br>Source: FDD Client 9.2 User Guide, p.10<br><br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

**U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16**

A workflow map illustrates the design of the workflow. Tasks are represented by icons and routes are represented by lines. For example, a workflow for processing employee expense reports might look like this:

One of the workflow task types is a user task. A **user task** is a node in the workflow where FDD users process work items. Users assigned to a workflow user task retrieve and process the items in their work queues through FDD or WebFDD. Workflow processing will vary per implementation; users may need to complete indexing information or review a document for approval.

Source: FDD Client 9.2 User Guide, p.210

https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)

## How Does Versioning Work?

When a document is checked-in it is automatically assigned version 1. No one can add, delete, or re-orde any of its pages. To modify this document a user must checkout a new version. This will create another document called version 2. FDD then copies all of version 1's pages into version 2. You can then modify version 2 and then check-in the modified version. During check-in you may enter comments explaining wh has changed and reason for the change.

Source: FDD Client 9.2 User Guide, p.163

https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | |
|---|---|
| | The evidence above confirms that the Accused Instrumentalities include a system for proofing electronic documents delivered over a network.<br>An example of a "proofing" within the '082 patent is "to view the document version for review and comment" (See '082, e.g., 3:59-62).<br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **a database of portable format electronic documents stored together with at least one proofer identifier;** | **The Accused Instrumentalities comprise a database of portable format electronic documents stored together with at least one proofer identifier.**<br>The Accused Instrumentalities include a database of portable format electronic documents.<br>In particular, the Accused Instrumentalities include "Feith Document Database (FDD) Client" which uses a database of documents including portable format electronic documents.<br>Welcome to FDD<br>**Feith Document Database (FDD) Client** is the power client application for viewing and managing your documents in the FDD system. Scan or import your pages into FDD and then index the pages into documents in a file cabinet, entering key information that identifies each document. Find documents based on the key information or any word in the pages. Manage your documents, processing them through your Workflow iQ workflows, making notes, updating your Forms iQ forms, adding pages, and more.<br>Source: FDD Client 9.2 User Guide, p.10<br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

5 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | |
|---|---|
| | The Accused Instrumentalities include the database of portable format electronic documents stored together with at least one proofer identifier.<br><br>In particular, the Accused Instrumentalities include "Feith Document Database (FDD) Client", which uses a database of document (portable format electronic documents), stored together with at least one proofer identifier.<br><br>**Properties** — Opens the **Properties** dialog; shows the title and ID of the document. Also shows the document level permissions.<br><br>Source: FDD Client 9.2 User Guide, p.33<br><br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)<br><br>**View User Status**<br><br>View information about your group membership and permissions assignment in the **User Status** window.<br><br>To view your current user status:<br><br>1. From the **Admin** menu, select **User Status**. The **User Status Information** window opens.<br><br>Source: FDD Client 9.2 User Guide, p.51<br><br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

6 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

**U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16**

Source: FDD Client 9.2 User Guide, p.51

https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)

2. Select a tab:
   - **User Information:** Shows user name, email address, authentication type, user ID, server, database authority, previous login, and group information. Also shows your signature and initial personal stamps (see Personal Stamps for more information).
   - **Task Permissions:** Shows all of the tasks that you may perform in FDD.
   - **Bin Permissions:** Lists bin permissions (search, view, insert, update, and delete).
   - **File Cabinet Permissions:** Lists file cabinet permissions (search, view, insert, update, and delete).
3. Click **OK** to close the window.

**User Status** can also be accessed from **Help>About**.

Note that only a system administrator can change group membership or permissions.

Source: FDD Client 9.2 User Guide, p.51

https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | Login to FDD<br>To log in to FDD:<br>1. In your start menu programs list, select **FDD Client** under **Feith Systems**. The **FDD Login** dialog opens.<br>2. Enter your **Login** name.<br>3. Enter your **Password**.<br>4. Select or enter your **Database**. You can add your database connect string to the list be selecting ***EDIT SERVER LIST*** in the **Database** list.<br>5. Optionally select the following:<br>• **Remember Password:** Turn this option on for FDD to remember your password and fill it in for you.<br>• **Auto Login:** Turn this option on for FDD to remember all your login information and automatically login for you, skipping the login dialog.<br><br>6. Click **OK**. You are logged into FDD.<br><br>Source: FDD Client 9.2 User Guide, p.15<br><br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)<br><br>The evidence above confirms that the Accused Instrumentalities include a database of portable format electronic documents stored together with at least one proofer identifier.<br><br>An example of a "portable format document" within the '082 patent is "to allow document creators and document approvers (or proof-readers) to exchange computer files without regard to the original |
|---|---|

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | |
|---|---|
| | authoring software or computer platform." (See '082, e.g., 1:55-58). An example of a "proof identifier" within the '082 patent is "a client is a unique group/collection of proofers. In this regard, it is understood that members of a client group may each have the same or different proofer identifiers." (See '082, e.g., 5:35-38).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents; and** | **The Accused Instrumentalities comprise a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.**<br><br>The Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.<br><br>In particular, the Accused Instrumentalities include "Feith Document Database (FDD) Client" which uses "Page notes", "Document notes" and "Blog bar" for receiving reviewers' notes (comments), each concerning a particular one of the portable format documents.<br><br>**Document Notes** — Opens the **Document History Note** grid, displaying all document notes for the selected document.<br>**New Document Note** — Opens the **Document History Note** dialog so you can add a new note to the selected document.<br><br>Source: FDD Client 9.2 User Guide, p.34<br><br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

9 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

# Page Notes

## Page Notes Introduction

Page notes are similar to Post-it® notes. There are several types of page notes:

| | |
|---|---|
| Graphic | Used to draw or write on a page. |
| Text | Used to add comments to a page. |
| Highlight | Used to highlight a section of a page. |
| Redaction | Used to redact a section of a page. |
| Stamp | Used to quickly create a page note. There are two types of stamps: image and text. |
| Personal Stamp | Used to place an image of your full name or initials on a page. |

Source: FDD Client 9.2 User Guide, p.170

https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)

In addition:

- Graphic, text, approval and highlight notes can be configured to display automatically.
- Image stamps and personal stamps always display automatically.
- Redaction notes display automatically, hiding redacted content, if the **Apply All Redactions** preference is selected.

Note: Visual notes, such as graphic notes, are not supported when using the **Full PDF Reader** to view pages. See Change Preferences for more information.

Source: FDD Client 9.2 User Guide, p.170

https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)

10 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | |
|---|---|
| | # Document Notes <br> ## Document Notes <br> Document notes are composed of text and attached to an entire document or folder. You can use the blog bar to create and manage document notes (see Blog Bar for more information). <br> Create a document note: <br> 1. Retrieve a document or folder. See Search for Documents for instructions on retrieving documents. <br> 2. Right-click the document or folder in the file cabinet grid and select **New Note**. The **Document Note** window opens. <br> 3. Enter the **Subject** of your note. <br> 4. Enter the text of your note. <br> Source: FDD Client 9.2 User Guide, p.190 <br> https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

11 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | |
|---|---|
| |  Document Note<br>Subject:<br>Entered Invoice Amount<br>Entered amount on invoice 677909.<br>Save<br>Cancel<br>Source: FDD Client 9.2 User Guide, p.190<br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

12 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

**U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16**

## Blog Bar

Use the blog bar to create and manage document text notes.

To display the blog bar, view a document then select **View>Blog Bar**. The blog bar displays.

The blog bar displays document text notes, which are created on the blog bar itself or through another method (see Document Notes for more information). The notes are displayed in a "blog" fashion, arranged in chronological order from newest at the top to oldest at the bottom. Each note has the name of the user that created it as well as a timestamp indicating when the note was created.

Source: FDD Client 9.2 User Guide, p.194

https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)

The evidence above confirms that the Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.

An example of a "computer connectable to the network" within the '082 patent is "Documents 54 are received from creators 56 and made available to proofers 52 over a network 58 by central computer 60." (See '082, e.g., 3:56-58). An example of "receiving plurality of comments" within the '082 patent is "Upon

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | |
|---|---|
| | review of displayed document versions, proofers 52 may return comments 70 to central computer 60 for storage on database 64 together with the corresponding document version." (See '082, e.g., 4:6-9).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents;** | **The Accused Instrumentalities comprise a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.**<br><br>The Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.<br><br>In particular, the Accused Instrumentalities include "Feith Document Database (FDD) Client" which includes a program executing on computer for associating and storing the received "plurality of comments" together with "document" (i.e., the particular portable format electronic documents) in database.<br><br>**Document Notes** — Opens the **Document History Note** grid, displaying all document notes for the selected document.<br>**New Document Note** — Opens the **Document History Note** dialog so you can add a new note to the selected document.<br><br>Source: FDD Client 9.2 User Guide, p.34<br><br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

14 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

Blog Bar

Use the blog bar to create and manage document text notes.

To display the blog bar, view a document then select **View>Blog Bar**. The blog bar displays.

The blog bar displays document text notes, which are created on the blog bar itself or through another method (see Document Notes for more information). The notes are displayed in a "blog" fashion, arranged in chronological order from newest at the top to oldest at the bottom. Each note has the name of the user that created it as well as a timestamp indicating when the note was created.

Add
Gwyneth J. Gaspari 10/24/2016 10:40:06 AM
Contacted applicant and retrieved working phone number for reference. Left message on reference's voicemail.
Samuel Murphy 10/24/2016 10:38:10 AM
Phone number for given reference did not work. Contact applicant to get a working phone number for reference.
Samuel Murphy 10/24/2016 10:37:32 AM
Application did not say why they left previous job. If manager deems qualified, may want to ask that in interview.

Source: FDD Client 9.2 User Guide, p.194

https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)

15 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | |
|---|---|
| | **View All Notes**<br><br>Page and document notes can be viewed from the **Note Bar**.<br><br>The note bar shows the number of page notes and document notes associated with a document. An **All Notes** dialog can be opened from the note bar, listing all notes for the document. When viewing a multiple page document, the **All Notes** dialog allows you to access all notes associated with the document from any page.<br><br>To display the note bar, select the **Note Bar** option from the **View** menu.<br><br>To view a note using the note bar:<br>1. View a document. The note bar shows the number of signature notes, document notes and page notes associated with the document. The page note count shows both the total number of page notes for the document and the number of page notes on the current page.<br>2. Click one of the icons - signature, document note or page note - in the note bar. The **All Notes** dialog opens, listing all document notes and page notes. (Signature notes are listed as document notes.)<br>3. To view a document note, select the note in the list. The document note text is shown in the **Text Preview** pane in the **All Notes** window.<br>4. To view a page note, select the note in the list. The associated page is displayed in the FDD view window and the note is displayed and/or opened. If the selected note is a text note, the page note text is shown in the **Text Preview** pane in the **All Notes** window.<br><br>Graphic style notes display on the page (i.e. graphic notes, highlight notes, redaction notes, image stamps, and user stamps).<br><br>Text style notes display in a note window (i.e. text notes, keyed text notes, UTR notes, approval notes, and text stamps).<br><br>Source: FDD Client 9.2 User Guide, p.195<br><br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

16 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | |
|---|---|
| | All Notes: webfdd<br>1 Document Notes<br>Reviewer Comments by gwyn (Gwyneth J. Gaspari) on 12/22/2010<br>3 Page Notes<br>Page 1<br>Redact ID by jsmith (John Smith) on 12/20/2010<br>Ledger Code by gwyn (Gwyneth J. Gaspari) on 12/20/2010<br>Page 2<br>Added Page by gwyn (Gwyneth J. Gaspari) on 12/22/2010<br>Text Preview<br>12/20/2010 11:14:30<br>Ledger Code: 45588<br>Source: FDD Client 9.2 User Guide, p.195<br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)<br><br>The evidence confirms that the Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.<br><br>An example of a "program executing on computer" within the '082 patent is "The computer also receives comments submitted by proofers, in which case the program stores the comments together with the corresponding document version." (See '082, e.g., 3:28-30). |

17 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | |
|---|---|
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **said computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document;** | **The Accused Instrumentalities comprise a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.**<br>The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.<br>In particular, the Accused Instrumentalities include "Feith Document Database (FDD) Client" which includes computer receiving a request from Reviewer (proofer) presenting their user information (i.e., proofing identifier) for task permissions to review the content (i.e., portable format document).<br>**Properties** — Opens the **Properties** dialog; shows the title and ID of the document. Also shows the document level permissions.<br>Source: FDD Client 9.2 User Guide, p.33<br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)<br>**View User Status**<br>View information about your group membership and permissions assignment in the **User Status** window.<br>To view your current user status:<br>1. From the **Admin** menu, select **User Status**. The **User Status Information** window opens.<br>Source: FDD Client 9.2 User Guide, p.51<br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

18 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | |
|---|---|
| |  User Status Information<br>User Information<br>Task Permission<br>Bin Permission<br>File Cabinet Permission<br>Name : jsmith<br>Email : jsmith@abcinc.com<br>Authentication : database<br>User ID : 12<br>Database : fdd81_gwynserv<br>Database Authority : Connect<br>Previous Login : 12/22/2010 11:01:31 A<br>Signature<br>John Smith<br>Initial<br>J.S.<br>Group Information :<br>HR<br>public<br>OK<br>Cancel Source: FDD Client 9.2 User Guide, p.51 https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

19 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | |
|---|---|
| | 2. Select a tab:<br>• **User Information:** Shows user name, email address, authentication type, user ID, server, database authority, previous login, and group information. Also shows your signature and initial personal stamps (see Personal Stamps for more information).<br>• **Task Permissions:** Shows all of the tasks that you may perform in FDD.<br>• **Bin Permissions:** Lists bin permissions (search, view, insert, update, and delete).<br>• **File Cabinet Permissions:** Lists file cabinet permissions (search, view, insert, update, and delete).<br>3. Click **OK** to close the window.<br>**User Status** can also be accessed from **Help>About**.<br>Note that only a system administrator can change group membership or permissions.<br><br>Source: FDD Client 9.2 User Guide, p.51<br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)<br><br>One of the workflow task types is a user task. A **user task** is a node in the workflow where FDD users process work items. Users assigned to a workflow user task retrieve and process the items in their work queues through FDD or WebFDD. Workflow processing will vary per implementation; users may need to complete indexing information or review a document for approval.<br><br>Source: FDD Client 9.2 User Guide, p.210<br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

20 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | |
|---|---|
| | The evidence above confirms that the Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **said program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.** | **The Accused Instrumentalities comprise a program for retrieving and formatting the requested document for simultaneous display to permit review.**<br><br>The Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.<br><br>In particular, the Accused Instrumentalities include "Feith Document Database (FDD) Client", which includes "Blog bar" and "Note bar" for retrieving and formatting "content" (i.e., the requested document) together with the associated plurality of comments for simultaneous display to permit review.<br><br>**Document Notes** — Opens the **Document History Note** grid, displaying all document notes for the selected document.<br>**New Document Note** — Opens the **Document History Note** dialog so you can add a new note to the selected document.<br><br>Source: FDD Client 9.2 User Guide, p.34<br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

21 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | Blog Bar<br><br>Use the blog bar to create and manage document text notes.<br><br>To display the blog bar, view a document then select **View>Blog Bar**. The blog bar displays.<br><br>The blog bar displays document text notes, which are created on the blog bar itself or through another method (see Document Notes for more information). The notes are displayed in a "blog" fashion, arranged in chronological order from newest at the top to oldest at the bottom. Each note has the name of the user that created it as well as a timestamp indicating when the note was created.<br><br><br>Add<br>Gwyneth J. Gaspari 10/24/2016 10:40:06 AM<br>Contacted applicant and retrieved working phone number for reference. Left message on reference's voicemail.<br>Samuel Murphy 10/24/2016 10:38:10 AM<br>Phone number for given reference did not work. Contact applicant to get a working phone number for reference.<br>Samuel Murphy 10/24/2016 10:37:32 AM<br>Application did not say why they left previous job. If manager deems qualified, may want to ask that in interview.<br><br>Source: FDD Client 9.2 User Guide, p.194<br><br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |
|---|---|

22 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | |
|---|---|
| | **View All Notes**<br>Page and document notes can be viewed from the **Note Bar**.<br>The note bar shows the number of page notes and document notes associated with a document. An **All Notes** dialog can be opened from the note bar, listing all notes for the document. When viewing a multiple page document, the **All Notes** dialog allows you to access all notes associated with the document from any page.<br>To display the note bar, select the **Note Bar** option from the **View** menu.<br>To view a note using the note bar:<br>1. View a document. The note bar shows the number of signature notes, document notes and page notes associated with the document. The page note count shows both the total number of page notes for the document and the number of page notes on the current page.<br>2. Click one of the icons - signature, document note or page note - in the note bar. The **All Notes** dialog opens, listing all document notes and page notes. (Signature notes are listed as document notes.)<br>3. To view a document note, select the note in the list. The document note text is shown in the **Text Preview** pane in the **All Notes** window.<br>4. To view a page note, select the note in the list. The associated page is displayed in the FDD view window and the note is displayed and/or opened. If the selected note is a text note, the page note text is shown in the **Text Preview** pane in the **All Notes** window.<br>Graphic style notes display on the page (i.e. graphic notes, highlight notes, redaction notes, image stamps, and user stamps).<br>Text style notes display in a note window (i.e. text notes, keyed text notes, UTR notes, approval notes, and text stamps).<br>Source: FDD Client 9.2 User Guide, p.195<br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

23 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | |
|---|---|
| |  All Notes: webfdd<br>1 Document Notes<br>Reviewer Comments by gwyn (Gwyneth J. Gaspari) on 12/22/2010<br>3 Page Notes<br>Page 1<br>Redact ID by jsmith (John Smith) on 12/20/2010<br>Ledger Code by gwyn (Gwyneth J. Gaspari) on 12/20/2010<br>Page 2<br>Added Page by gwyn (Gwyneth J. Gaspari) on 12/22/2010<br>Text Preview<br>12/20/2010 11:14:30<br>Ledger Code: 45588<br>Source: FDD Client 9.2 User Guide, p.195<br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

24 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

**U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16**

| | |
|---|---|
| | **What is Versioning?**<br><br>Versioning allows a user to create multiple versions of the same document. By creating a different version, a user can modify a document while retaining a version of it in its original state.<br><br>A versioned document is not another document, it is simply a version of the same document. A versioned document can only exist in file cabinets, not bins or workflows.<br><br>Modifications made to a new version are applied to the document as a whole. You cannot edit an individual page within the document. You can add, delete, and re-order pages.<br><br>When a versioned document is checked in no one may add, delete, or re-order any pages of that document. However, a versioned document can be deleted altogether.<br><br>You may still modify page notes including approval notes. (Remember that a note is associated with an individual page; if you create or modify a note this is reflected in all versions.)<br><br>Source: FDD Client 9.2 User Guide, p.163<br><br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)<br><br>The evidence above confirms that the Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.<br><br>An example of "retrieving and formatting the requested document" within the '082 patent is "Subsequent formatting and display of the same document version may thereby include a complete history of comments submitted by various other reviewers." (See '082, e.g., 4:9-11).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |

25 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

**U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16**

| Claim 16 | Accused Instrumentalities |
| --- | --- |
| **The system of claim 10 wherein said program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.** | **The Accused Instrumentalities comprise a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.**<br><br>The Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.<br><br>In particular, the Accused Instrumentalities include "Feith Document Database (FDD) Client" which provide a program for retrieving record corresponding to document (i.e., requested document) and transmit a URL link that point to the specific document" (i.e., document from data in the record).<br><br>**Document Audit** Opens the **Document History** grid to show all tracked actions that have been performed on the selected document. Only available if auditing has been turned on by the administrator (requires FDD Auditor).<br><br>Source: FDD Client 9.2 User Guide, p.33<br><br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)<br><br>**History** Opens the **Workflow History** grid. This grid shows the tasks the document has passed through in the workflow.<br><br>Source: FDD Client 9.2 User Guide, p.215<br><br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16

| | |
|---|---|
| | **Send** — Allows you to send an e-mail message. Choose one of the following options:<br>• **Page:** E-mails the displayed page as an attachment.<br>• **Document:** E-mails the open document as an attachment. WARNING: There is no size limitation to this feature.<br>• **Page URL:** E-mails a WebFDD URL. The URL is a View URL for the displayed page.<br>• **Document URL:** E-mails a WebFDD URL. The URL is a View URL for the open document.<br>• **Page FRL File:** E-mails an .frl (FDD URL) of the open page.<br>• **Document FRL File:** E-mails an .frl (FDD URL) of the open document.<br>• **Search FRL File:** E-mails an .frl (FDD URL) of the last used file cabinet search criteria. This option is only enabled when viewing the results of a file cabinet search.<br>See E-mail from FDD for more information.<br><br>Source: FDD Client 9.2 User Guide, p.18<br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added)<br><br>• **URL Link:** Launches your default Internet browser and opens a specific web page. To process work in a task with a URL link:<br>1. Retrieve a document in the workflow task. The document is displayed in the FDD view window and the configured URL is launched in your Internet browser. Note that the workflow task form and FDD behave normally, as opposed to the other link types.<br>2. Perform the necessary actions in the Internet browser and continue to process the document as needed. Click **Done** to submit the document. The next available work item in the workflow task is retrieved.<br><br>Source: FDD Client 9.2 User Guide, p.233<br>https://brightspotcdn.byui.edu/c5/59/bf81a67b43d7909542c2aa17b0d9/fdd92-userguide.pdf (annotations added) |

27 of 28

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

**U.S. Patent No. 6,918,082 vs Defendant Feith Systems & Software, Inc. - Claim 16**

| | |
|---|---|
| | The evidence above confirms the Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.<br><br>An example of "assembles a URL" within the '082 patent is "When a proofer requests a document version, the URL is assembled by combining the protocol and host "<protocol>://<host>" together with the directory tree structure assembled from the information about the document version "<client>/<version>/<name>". The complete URL takes the form <protocol>://<host>/<client>/<project>/<version>/<name>/." (See '082, e.g., 5:55-61). An example of "retrieved record" within the '082 patent is "information stored in records 88 for each unique tag 106 include creator identifier 108, creation date and time 110, approval status 112, document description 114, current version number 116 and latest version number 118" (See '082, e.g., 6:10-14).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |

28 of 28